# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS-2 | 9266230 | SWANGO | 4437 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 09/15/2020 9:40 PM
**Offense Charged:** ☐ CFR ☒ USC ☐ State Code — 18 U.S.C. 113
**Place of Offense:** 58 SANDPIPER AVE. SAN CLEMENTE, CA, 92672
**Offense Description; Factual Basis for Charge:** ASSAULTS WITHIN MARITIME AND TERRITORIAL JURISDICTION
HAZMAT ☐

### DEFENDANT INFORMATION
**Last Name:** KELLEY
**First Name:** STEPHANIE A.
**Street Address:** 58 SANDPIPER AVE [redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | | N/A |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

20- 02870

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
**Court Address:** 221 WEST BROADWAY SAN DIEGO, CA 92101
**Date:** _____  **Time:** _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature [signed]

Original - CVB Copy

CCN: 02870        *9266230*        ENC(1)

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on **September 15th**, 20 **20** while exercising my duties as a law enforcement officer in the **Southern** District of **California**.

20- 02870

The foregoing statement is based upon:
☒ my personal observation       ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **09/15/2020**    [signature]
Date (mm/dd/yyyy)                    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
Date (mm/dd/yyyy)                    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident.